OPITZ, Respondent, v. NAPRSTEK, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Frank Opitz against Hynek Naprstek. P. Jones, for appellant. C. A. Drew, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., and O'BRIEN, J., dissent.

---

OPPENHEIM, Respondent, v. TRUST CO. OF THE REPUBLIC, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Robert Oppenheim against the Trust Company of the Republic. A. B. Cruikshank, for appellant. H. Van Sinderen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

OSTRANDER, Respondent, v. HELDERBERG CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 20, 1903.) Action by John M. Ostrander against the Helderberg Cement Company. No opinion. Motion denied.

---

PACKARD, Respondent, v. ELSOHN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Samuel Packard against Levi Elsohn, impleaded, etc. No opinion. Motion to dismiss appeal granted, with $10 costs of motion, unless the appellant within 10 days files and serves the printed papers upon appeal from the order, in which event the motion is denied, without costs.

---

PACKARD, Respondent, v. PACKARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Mary W. Packard against Moses Packard.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

STOVER, J., not voting.

---

PALMER et al., Appellants, v. HICKORY GROVE CEMETERY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Action by Lizzie M. Palmer and others against the Hickory Grove Cemetery and another. No opinion. Motion to resettle order denied.

---

PALMIERI, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June 22, 1903.) Action by Alfonso Palmieri against the Metropolitan Street Railway Company. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Henry A. Robinson, for appellant. John Palmieri, for respondent.

MacLEAN, J. The plaintiff testified that he was proceeding northward on Second avenue, and turned at Twenty-First street to cross westerly. He saw a car, southbound, coming slowly, 10 or 12 feet away. He was at that time about 12 feet from the car that was going down town. That car struck the rear wheel of his bicycle, knocked him down, and injured him. It would seem from the plaintiff's own testimony that the car came faster than he expected, and that he was injured because of the mistake in his calculation; that he clearly saw the possible danger, made his calculation, and failed. In accordance with this is the testimony introduced by the defendant, indicating quite distinctly that the injured man was guilty of contributory negligence. The plaintiff stated, however, that he saw the car increase its speed when it came to collide with him. A similar statement was made by his witness. Both were contradicted. Although the evidence tends strongly to show and prove that the plaintiff was at fault in bringing the accident upon himself, it may not be said that the weight of the evidence is so in favor of the defendant that the judgment should be reversed. Judgment affirmed, with costs. All concur.

---

PARISH et al., Respondents, v. PARISH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Henry Parish and others against Susan D. Parish and others. G. T. Emmet and J. J. Crawford, for appellants. E. C. Parish, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

PARK, Appellant, v. TOWN BOARD OF AUDITORS OF CORNING, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Charles F. Park against the town board of auditors of the town of Corning. No opinion. Order affirmed, with costs.

---

PASE, Respondent, v. CALLANAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Henry Pase against Thomas Callanan and another. No opinion. Judgment affirmed, with costs.

---

PATH, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. November 18, 1903.) Action by John Path against the Metropolitan Street Railway Company. From a judgment for plaintiff, and the denial of a new trial, defendant appeals. Affirmed. H. A. Robinson (F. Angelo Gaynor and Bayard H. Ames, of counsel), for appellant. Bennett & Silverman, for respondent.

PER CURIAM. The verdict is attacked on the ground that it is against the weight of evidence. Upon a review of the whole case we can find no sufficient reason for disturbing it, especially as no motion was made for the direction of a verdict. The defendant's exception to the admission of evidence does not present reversible error. Judgment and order affirmed, with costs.